UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TONY DWAYNE HUNT, | Case No. CV 10-8106-VBF(AJW) |
| Petitioner, | |
| v. | |
| | JUDGMENT |
| RAUL LOPEZ, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: 8-2-11

_____
Valerie Baker Fairbank
United States District Judge